## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD., <br> SHENZEN ZOWEE TECHNOLOGY CO., LTD. <br><br> Defendants | C.A. No. 15-1130-GMS <br><br> JURY TRIAL DEMANDED |

## DECLARATION OF MAILING

I, Benjamin A. Smyth, declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP, counsel to Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation in this action.

2. Defendant Double Power Technology, Inc. is an entity having a principal place of business at 1941 S. Vineyard Ave. #6, Ontario, CA 91761.

3. On December 8, 2015, true and correct copies of the Summons, Complaint and related documents were sent by Federal Express overnight delivery pursuant to 10 *Del. C.* § 3104 to Double Power Technology, Inc., 1941 S. Vineyard Ave. #6, Ontario, CA 91761. *See* Exhibit A.

4. On December 9, 2015 McCarter & English, LLP received notification that Double Power Technology, Inc. received said documents on December 9, 2015. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| DATED: December 10, 2015 | MCCARTER & ENGLISH, LLP |
| | /s/ Benjamin A. Smyth<br>Michael P. Kelly (#2295)<br>Daniel M. Silver (#4758)<br>Benjamin A. Smyth (#5528)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>mkelly@mccarter.com<br>dsilver@mccarter.com<br>bsmyth@mccarter.com |
| OF COUNSEL: | *Attorneys for Plaintiffs* |
| Michael P. Sandonato<br>John D. Carlin<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, New York 10104-3800<br>(212) 218-2100<br>msandonato@fchs.com<br>jcarlin@fchs.com | |