IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD., <br> SHENZEN ZOWEE TECHNOLOGY CO., LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-1130 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendants to move, answer or otherwise respond to the Complaint is extended through and including March 21, 2016 in exchange for all Defendants accepting service of the Complaint and waiving any defense under Fed. R. Civ. P. 12(b)(4) and (5). Defendants explicitly reserve all other defenses under Fed. R. Civ. P. 12(b) or otherwise.

| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Karen Jacobs* |
| Michael P. Kelly (#2295) <br> Daniel M. Silver (#4758) <br> Benjamin A. Smyth (#5528) <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, Delaware 19801 <br> (302) 984-6300 <br> mkelly@mccarter.com <br> dsilver@mccarter.com <br> bsmyth@mccarter.com <br> *Attorneys for Plaintiffs* | Karen Jacobs (#2881) <br> Mirco J. Haag (#6165) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> kjacobs@mnat.com <br> mhaag@mnat.com <br> *Attorneys for Defendants* |

February 5, 2016

SO ORDERED this _____ day of February, 2016.

_____
J.