**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1125-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, | ) ) ) ) | |
| Defendant. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1126-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| HTC CORP., HTC AMERICA, | ) ) ) ) | |
| Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1127-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| VISUAL LAND INC. | ) ) ) | |
| Defendants. | ) ) ) | |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1128-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| SOUTHERN TELECOM, INC., | ) ) ) ) | |
| Defendant. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1130-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1131-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| YIFANG USA, INC. D/B/A E-FUN, INC., | ) ) ) | |
| Defendant. | ) ) | |

|  |  |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br>                 Plaintiffs, <br><br>         v. <br><br> ACER INC., <br> ACER AMERICA CORPORATION, <br><br>                 Defendants. | C.A. No. 15-1170-GMS <br><br> JURY TRIAL DEMANDED |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

    WHEREAS, Defendants in Civil Action Nos. 15-1125-GMS, 15-1126-GMS, 15-1127-GMS, 15-1128-GMS, 15-1131-GMS and 15-1170-GMS have each filed a Joint Motion to Dismiss for Improper Venue (collectively, the "Venue MTD") and a Motion to Dismiss for Failure to State a Claim (collectively, the "Rule 12(b)(6) MTD");

    WHEREAS, the Defendants in Civil Action No. 15-1130-GMS have yet to respond to the Complaint in that action;

    WHEREAS, Plaintiffs intend to file First Amended Complaints in each of the above-captioned actions in an effort to resolve the issues raised in the Rule 12(b)(6) MTD;

    WHEREAS, Plaintiffs and Defendants are in agreement that the Venue MTD and Rule 12(b)(6) MTD issues in the above-captioned actions should be resolved in a coordinated fashion; and

    WHEREAS, Plaintiffs require additional time to prepare their First Amended Complaints and opposition to the Venue MTD;

    IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

3

1. Plaintiffs shall have an extension of time until April 11, 2016 to file First Amended Complaints in the above-captioned actions as a matter of right and without the need to file motions seeking leave to amend;

2. Upon the filing of Plaintiffs' First Amended Complaints, Defendants Rule 12(b)(6) MTD shall be deemed withdrawn without prejudice, and Defendants shall respond to the First Amended Complaint in the manner they deem appropriate including but not limited to renewing some or all of the original 12(b)(6) MTD or raising an entirely new motion on different grounds;

3. Defendants Double Power Technology, Inc., Zowee Marketing Co., Ltd., and Shenzen Zowee Technology Co., Ltd. in C.A. No. 15-1130 need not respond to the Original Complaint but instead shall answer, move or otherwise respond to the First Amended Complaint in the manner they deem appropriate; and

4. Plaintiffs shall have an extension of time until April 11, 2016 to file their opposition to the Venue MTD.

| McCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Daniel M. Silver | /s/ Rodger D. Smith II |
| Michael P. Kelly (#2295) | Rodger D. Smith II (#3778) |
| Daniel M. Silver (#4758) | Eleanor G. Tennyson (#5812) |
| Benjamin A. Smyth (#5528) | 1201 North Market Street |
| Renaissance Centre | P.O. Box 1347 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19899 |
| Wilmington, Delaware 19801 | (302) 658-9200 |
| (302) 984-6300 | *rsmith@mnat.com* |
| *mkelly@mccarter.com* | *etennyson@mnat.com* |
| *dsilver@mccarter.com* | |
| *bsmyth@mccarter.com* | Michael J. Newton |
| | Derek Neilson |
| Michael P. Sandonato | Sang (Michael) Lee |
| John D. Carlin | ALSTON & BIRD LLP |
| Daniel A. Apgar | 2828 N. Harwood Street, Suite 1800 |
| Jonathan M. Sharret | Dallas, TX 75201-2139 |
| FITZPATRICK, CELLA, HARPER & SCINTO | |
| | Patrick J. Flinn |
| 1290 Avenue of the Americas | ALSTON & BIRD LLP |
| New York, New York 10104-3800 | 1201 West Peachtree Street, Suite 4900 |
| Tel: (212) 218-2100 | Atlanta, GA 30309-3424 |
| Fax: (212) 218-2200 | |
| *msandonato@fchs.com* | Xavier M. Brandwajn |
| *jcarlin@fchs.com* | ALSTON & BIRD LLP |
| *dapgar@fchs.com* | 1950 University Avenue, 5th Floor |
| *jsharret@fchs.com* | East Palo Alto, CA 94303 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Asustek Coumputer Inc. and Asus Computer International* |

5

<table>
<tr><td>

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Samantha G. Wilson
Anne Shea Gaza (#4093)
Samantha G. Wilson (# 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*agaza@ycst.com*
*swilson@ycst.com*

Elizabeth Rogers Brannen
STRIS & MAHER, LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA 90017
(213) 995-6809
*elizabeth.brannen@strismaher.com*

*Attorneys for Defendant*
*Visual Land Inc.*

</td><td>

SHAW KELLER LLP

/s/ David M. Fry
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
David M. Fry (#5486)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*
*dfry@shawkeller.com*

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

*Attorneys for Defendants*
*HTC Corp. and HTC America, Inc.*

</td></tr>
</table>

ME1 22197099v.2

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARCHT & TUNNELL LLP |
| /s/ Karen L. Pascale | /s/ Karen Jacobs |
| Karen L. Pascale (#2903) | Karen Jacobs (#2881) |
| Robert M. Vrana (# 5666) | Mirco J. Haag (#6165) |
| Rodney Square | 1201 North Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| *kpascale@ycst.com* | *kjacobs@mnat.com* |
| *rvrana@ycst.com* | *mhaag@mnat.com* |
| | *Attorney for Defendants Double Power Technology, Inc., Zowee Marketing Co., Ltd. and Shenzen Zowee Technology Co., Ltd.* |
| P. Andrew Blatt | |
| WOOD HERRON & EVANS LLP | |
| 2700 Carew Tower | |
| Cincinnati, OH 45202 | |
| (513) 241-2324 | |
| *dblatt@whe-law.com* | |
| *Attorneys for Defendant Southern Telecom, Inc.* | |

7

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ David M. Fry | /s/ Rodger D. Smith II |
| John W. Shaw (# 3362)<br>Karen E. Keller (# 4489)<br>Andrew E. Russell (# 5382)<br>David M. Fry (#5486)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>*jshaw@shawkeller.com*<br>*kkeller@shawkeller.com*<br>*arussell@shawkeller.com*<br>*dfry@shawkeller.com* | Rodger D. Smith II (#3778)<br>Eleanor G. Tennyson (#5812)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>*rsmith@mnat.com*<br>*etennyson@mnat.com* |
| Lucian C. Chen<br>Wing K. Chiu<br>LUCIAN C. CHEN, ESQ. PLLC<br>One Grand Central Place<br>40 East 42nd Street, Suite 4600<br>New York, NY 10165<br>(212) 710-3007 | Michael J. Newton<br>Derek Neilson<br>Sang (Michael) Lee<br>ALSTON & BIRD LLP<br>2828 N. Harwood Street, Suite 1800<br>Dallas, TX 75201-2139 |
| *Attorneys for Defendant*<br>*Yifang USA, Inc. D/B/A E-Fun Inc.* | Patrick J. Flinn<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309-3424 |
| | Xavier M. Brandwajn<br>ALSTON & BIRD LLP<br>1950 University Avenue, 5th Floor<br>East palo Alto, CA 94303 |
| | Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tyron Street, Suite 4000<br>Charlotte, NC 28280-4000<br>(704) 444-1000 |
| | *Attorenys for Defendants*<br>*Acer, Inc. and Acer America Corporation* |

DATED: March 24, 2016

      SO ORDERED this _____ day of _____, 2016.

      _____

      UNITED STATES DISTRICT JUDGE