IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD., <br> SHENZHEN ZOWEE TECHNOLOGY CO., LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-1130 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS DOUBLE POWER TECHNOLOGY, INC.'S, ZOWEE MARKETING CO., LTD.'S AND SHENZHEN ZOWEE TECHNOLOGY CO., LTD'S RULE 12(b)(2) MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendants Double Power Technology, Inc., Zowee Marketing Co., Ltd. and Shenzhen Zowee Technology Co., Ltd. (collectively, "Defendants"), hereby move to dismiss Plaintiffs' amended complaint for lack of personal jurisdiction and improper venue. The grounds for this motion are set forth in Defendants' Opening Brief in Support of Their Rule 12(b)(2) Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction, and supporting declarations, filed herewith.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Bryan G. Harrison<br>LOCKE LORD LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 1200<br>Atlanta, GA  30305<br>(404) 870-4629<br><br>April 28, 2016 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Karen Jacobs*<br><br>Karen Jacobs (#2881)<br>Mirco J. Haag (#6165)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>kjacobs@mnat.com<br>mhaag@mnat.com<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

      I further certify that I caused copies of the foregoing document to be served on April 28, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly<br>Daniel M. Silver<br>Benjamin A. Smyth<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br><br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato<br>John D. Carlin<br>Fitzpatrick, Cella, Harper & Scinto<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br><br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

                        */s/ Karen Jacobs*
                        _____
                        Karen Jacobs (#2881)