IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD., <br> SHENZEN ZOWEE TECHNOLOGY CO., LTD., <br><br> Defendants. | C.A. No. 15-1130 (GMS) |

## **DEFENDANTS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel for Defendants Double Power Technology Co., Inc. ("Double Power"), Zowee Marketing Co., Ltd. ("Zowee Mktg"), and Shenzhen Zowee Technology Co., Ltd. ("Shenzhen Zowee") certifies the following:

The full name of the parties represented by me are Double Power Technology Co., Inc., Zowee Marketing Co., Ltd., and Shenzhen Zowee Technology Co., Ltd.

Shenzhen Zowee has no parent corporation and no public corporation owns 10% or more of Shenzhen Zowee's stock. Shenzhen Zowee is publicly traded on the Shenzhen Stock Exchange in China.

Shenzhen Zowee owns 100% of Zowee Marketing.

Shenzhen Zowee owns 100% of Double Power.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Karen Jacobs* |
| OF COUNSEL: | Karen Jacobs (#2881)<br>Mirco J. Haag (#6165)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@mnat.com<br>mhaag@mnat.com<br>*Attorneys for Defendants* |
| Bryan G. Harrison<br>Locke Lord LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 1200<br>Atlanta, GA 30305<br>(404) 870-4629 |  |
| April 28, 2016 |  |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 28, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly<br>Daniel M. Silver<br>Benjamin A. Smyth<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br><br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato<br>John D. Carlin<br>FITZPATRICK, CELLA, HARPER &<br> SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br><br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs*

Karen Jacobs (#2881)