IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD., <br> SHENZHEN ZOWEE TECHNOLOGY CO., LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-1130 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DOUBLEPOWER TECHNOLOGY, INC.'S, ZOWEE MARKETING CO., LTD.'S, AND SHENZHEN ZOWEE TECHNOLOGY CO., LTD.'S
JOINDER IN HTC CORP. AND HTC AMERICA INC.'S
<u>MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM</u>**

Defendants Double Power Technology, Inc., Zowee Marketing Co., Ltd., and Shenzhen Zowee Technology Co., Ltd. (collectively "Defendants") hereby respectfully join in HTC Corp. and HTC America, Inc.'s Motion to Dismiss the Complaint (D.I. 19 in C.A. No. 15-1126), filed April 28, 2016, and in support of their joinder fully incorporate by reference the arguments set forth in HTC's opening brief (D.I. 20 in C.A. No. 15-1126) (the "HTC Brief").

As set forth in the HTC Brief, Plaintiffs have failed to allege sufficient facts to state a claim of patent infringement against Defendants. The Amended Complaint makes substantially the same allegations of indirect and direct infringement against Defendants as against HTC other than substituting exemplary products of Defendants for those of HTC. Thus this joinder will not add to or repeat the arguments in the HTC Brief on those issues.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Karen Jacobs* |
| | ———————————————— |
| OF COUNSEL: | Karen Jacobs (#2881) |
| | Mirco J. Haag (#6165) |
| Bryan G. Harrison | 1201 North Market Street |
| Locke Lord LLP | P.O. Box 1347 |
| Terminus 200 | Wilmington, DE  19899 |
| 3333 Piedmont Road NE, Suite 1200 | (302) 658-9200 |
| Atlanta, GA  30305 | kjacobs@mnat.com |
| (404) 870-4629 | mhaag@mnat.com |
| | *Attorneys for Defendants* |
| April 28, 2016 | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 28, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly<br>Daniel M. Silver<br>Benjamin A. Smyth<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br><br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato<br>John D. Carlin<br>FITZPATRICK, CELLA, HARPER &<br> SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br><br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

/s/ *Karen Jacobs*

Karen Jacobs (#2881)