IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD., <br> SHENZEN ZOWEE TECHNOLOGY CO., LTD., <br><br> Defendants. | C.A. No. 15-1130 (GMS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Bryan G. Harrison of LOCKE LORD LLP, Terminus 200, 3333 Piedmont Road NE, Suite 1200, Atlanta, GA 30305 to represent defendants in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

Karen Jacobs (#2881)
Mirco J. Haag (#6165)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
mhaag@mnat.com
*Attorneys for Defendants*

May 11, 2016

## **ORDER GRANTING MOTION**

   IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Bryan G. Harrison is granted.

Dated: _____      _____
                   United States District Court Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Georgia and Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date:  May 11, 2016                   */s/ Bryan G. Harrison*

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
(404) 870-4600
bryan.harrison@lockelord.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 11, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly<br>Daniel M. Silver<br>Benjamin A. Smyth<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |

*Attorneys for Plaintiffs*

| | |
|---|---|
| Michael P. Sandonato<br>John D. Carlin<br>FITZPATRICK, CELLA, HARPER &<br> SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10104-3800 | *VIA ELECTRONIC MAIL* |

*Attorneys for Plaintiffs*

*/s/ Karen Jacobs*
_____
Karen Jacobs (#2881)