**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) | C.A. No. 15-1125-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, | ) ) ) | |
| Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) | C.A. No. 15-1126-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| HTC CORP., HTC AMERICA, | ) ) ) | |
| Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) | C.A. No. 15-1127-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| VISUAL LAND, INC., | ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No. 15-1128-GMS |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| SOUTHERN TELECOM, INC., | ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No. 15-1130-GMS |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD., <br> SHENZEN ZOWEE TECHNOLOGY CO., LTD. | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | C.A. No. 15-1131-GMS |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| YIFANG USA, INC. D/B/A E-FUN, INC. | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

|  |  |  |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-1170-GMS |
| v. | ) ) | JURY TRIAL DEMANDED |
| ACER INC., ACER AMERICA CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO F.R.C.P. 26 AND D. DEL. DEFAULT STANDARD PARAGRAPH 3** were caused to be served on June 17, 2016 on the following counsel in manner indicated:

The undersigned counsel hereby further certifies that **PLAINTIFFS' D. DEL. DEFAULT STANDARD PARAGRAPH 4.a. DISCLOSURE OF ACCUSED PRODUCTS TO EACH DEFENDANT GROUP** were caused to be served on June 17, 2016 on the appropriate defendant group in the manner indicated:

### VIA EMAIL

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

*Attorneys for Defendants*
*Acer, Inc., and*
*Acer America Corporation*

3

Anne Shea Gaza (#4093)
Samantha G. Wilson (# 5816)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*agaza@ycst.com*
*swilson@ycst.com*

Elizabeth Rogers Brannen
STRIS & MAHER, LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA 90017
(213) 995-6809
*elizabeth.brannen@strismaher.com*

*Attorneys for Defendant*
*Visual Land, Inc.*

4

John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

*Attorneys for Defendants*
*HTC Corp. and HTC America, Inc.*

Karen L. Pascale (#2903)
Robert M. Vrana (# 5666)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*kpascale@ycst.com*
*rvrana@ycst.com*

P. Andrew Blatt
WOOD HERRON & EVANS LLP
2700 Carew Tower
Cincinnati, OH 45202
(513) 241-2324
*dblatt@whe-law.com*

*Attorneys for Defendant*
*Southern Telecom, Inc.*

Karen Jacobs (#2881)
Mirco J. Haag (#6165)
MORRIS, NICHOLS, ARCHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*kjacobs@mnat.com*
*mhaag@mnat.com*

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
(404) 870-4629

*Attorney for Defendants*
*Double Power Technology, Inc.,*
*Zowee Marketing Co., Ltd. and*
*Shenzen Zowee Technology Co., Ltd.*

John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
*jshaw@shawkeller.com*
*kkeller@shawkeller.com*
*arussell@shawkeller.com*

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
40 East 42nd Street, Suite 4600
New York, NY 10165
(212) 710-3007

*Attorneys for Defendant*
*Yifang USA, Inc. D/B/A E-Fun Inc.*

ME1 22701692v.1

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*rsmith@mnat.com*
*etennyson@mnat.com*

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East palo Alto, CA 94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

*Attorneys for Defendants*
*Asustek Computer Inc. and*
*Asus Computer International*

8

ME1 22701692v.1

| | |
|---|---|
| DATED: June 17, 2016 | MCCARTER & ENGLISH, LLP |
| | |
| | /s/ Daniel M. Silver |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | *mkelly@mccarter.com* |
| | *dsilver@mccarter.com* |
| | *bsmyth@mccarter.com* |
| | |
| | *Attorneys for Plaintiffs* |

OF COUNSEL:

Michael P. Sandonato
John D. Carlin
Daniel A. Apgar
Jonathan M. Sharret
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
*msandonato@fchs.com*
*jcarlin@fchs.com*
*dapgar@fchs.com*
*jsharret@fchs.com*