# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**ASUSTEK COMPUTER INC.,**<br>**ASUS COMPUTER INTERNATIONAL,**<br><br>Defendants. | C.A. No. 15-1125-GMS |
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**HTC CORP.,**<br>**HTC AMERICA, INC.,**<br><br>Defendants. | C.A. No. 15-1126-GMS |
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**VISUAL LAND, INC.,**<br><br>Defendant. | C.A. No. 15-1127-GMS |
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**SOUTHERN TELECOM, INC.,**<br><br>Defendant. | C.A. No. 15-1128-GMS |

|  |  |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**DOUBLE POWER TECHNOLOGY, INC.,**<br>**ZOWEE MARKETING CO., LTD.,**<br>**SHENZEN ZOWEE TECHNOLOGY CO.,**<br>**LTD.,**<br><br>Defendants. | C.A. No. 15-1130-GMS |
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**YIFANG USA, INC. D/B/A E-FUN, INC.,**<br><br>Defendant. | C.A. No. 15-1131-GMS |
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**ACER INC.,**<br>**ACER AMERICA CORPORATION,**<br><br>Defendants. | C.A. No. 15-1170-GMS |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF
## THEIR RESPECTIVE MOTIONS TO DISMISS FOR IMPROPER VENUE

On March 9, 2016, certain defendants in the above-captioned, jointly-administered

actions ("Defendants") filed contemporaneous motions to dismiss for lack of venue under Rule

12(b)(3) and 28 U.S.C. § 1406(a):

| Defendant(s) | Civil Action No. | Docket Item |
|---|---|---|
| ASUSTek Computer, Inc. and ASUS Computer International | 15-1125 | D.I 12 |
| HTC Corp. and HTC America, Inc. | 15-1126 | D.I. 9 |
| Visual Land, Inc. | 15-1127 | D.I. 12 |
| Southern Telecom, Inc. | 15-1128 | D.I. 12 |
| YiFang USA, Inc. | 15-1131 | D.I. 11 |
| Acer Inc. and Acer America, Corp. | 15- 1170 | D.I. 13 |

On April 28, 2016, the following defendants filed a motion to dismiss for lack of venue under Rule 12(b)(3) and 28 U.S.C. § 1406(a):

| Defendant(s) | Civil Action No. | Docket Item |
|---|---|---|
| Double Power Technology, Inc., Zowee Marketing Co., Ltd., Shenzen Zowee Technology Co., Ltd. | 15-1130 | D.I 17 |

In view of the Federal Circuit's decision in *In re TC Heartland*, 2016 U.S. App. LEXIS 7753 (Fed. Cir. Apr. 29, 2016), the above-listed Defendants hereby withdraw their respective motions to dismiss for lack of venue.

DATED: June 22, 2016

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |

| | |
|---|---|
| */s/Rodger D. Smith II* | */s/ Andrew E. Russell* |
| Rodger D. Smith II (#3778) | John W. Shaw (# 3362) |
| Eleanor G. Tennyson (#5812) | Karen E. Keller (# 4489) |
| 1201 North Market Street | Andrew E. Russell (# 5382) |
| P.O. Box 1347 | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| *rsmith@mnat.com* | *jshaw@shawkeller.com* |
| *etennyson@mnat.com* | *kkeller@shawkeller.com* |
| | *arussell@shawkeller.com* |
| Michael J. Newton | |
| Derek Neilson | John Schnurer |
| Sang (Michael) Lee | Kevin Patariu |
| ALSTON & BIRD LLP | Ryan Hawkins |
| 2828 N. Harwood Street, Suite 1800 | Louise Lu |
| Dallas, TX 75201-2139 | Vinay Sathe |
| | PERKINS COIE LLP |
| Patrick J. Flinn | 11988 El Camino Real, Suite 350 |
| ALSTON & BIRD LLP | San Diego, CA 92130 |
| 1201 West Peachtree Street, Suite 4900 | (858) 720-5700 |
| Atlanta, GA 30309-3424 | |
| | Ryan McBrayer |
| Xavier M. Brandwajn | Jonathan Putman |
| ALSTON & BIRD LLP | PERKINS COIE LLP |
| 1950 University Avenue, 5th Floor | 1201 Third Avenue, Suite 4900 |
| East Palo Alto, CA 94303 | Seattle, WA 98101 |
| | (206) 359-8000 |
| *Attorneys for Defendants* | |
| *Asustek Coumputer Inc. and* | *Attorneys for Defendants* |
| *Asus Computer International* | *HTC Corp. and HTC America, Inc.* |

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Samantha G. Wilson (# 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*agaza@ycst.com*
*swilson@ycst.com*

Elizabeth Rogers Brannen
STRIS & MAHER, LLP
725 South Figueroa Street, Suite 1830
Los Angeles, CA 90017
(213) 995-6809
*elizabeth.brannen@strismaher.com*

*Attorneys for Defendant*
*Visual Land, Inc.*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903)
Robert M. Vrana (# 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*kpascale@ycst.com*
*rvrana@ycst.com*

P. Andrew Blatt
WOOD HERRON & EVANS LLP
2700 Carew Tower
Cincinnati, OH 45202
(513) 241-2324
*dblatt@whe-law.com*

*Attorneys for Defendant*
*Southern Telecom, Inc.*

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

*/s/ Karen Jacobs*
Karen Jacobs (#2881)
Mirco J. Haag (#6165)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*kjacobs@mnat.com*
*mhaag@mnat.com*

Bryan G, Harrison
LOCKE LORD LLP
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305
(404) 870-4600

*Attorneys for Defendants*
*Double Power Technology, Inc.,*
*Zowee Marketing Co., Ltd. and*
*Shenzen Zowee Technology Co., Ltd.*

SHAW KELLER LLP

/s/ John W. Shaw
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
40 East 42nd Street, Suite 4600
New York, NY 10165
(212) 710-3007

Attorneys for Defendant
Yifang USA, Inc. D/B/A E-Fun Inc.

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

/s/Rodger D. Smith II
Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
15-1170@cases.warrenlex.com

Attorneys for Defendants
Acer, Inc. and Acer America Corporation

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on June 22, 2016, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Plaintiffs, Koninklijke Philps, N.V. and U.S. Philips Corporation:*

| | |
|---|---|
| Michael P. Kelly | mkelly@mccarter.com |
| Daniel M. Silver | dsilver@mccarter.com |
| Benjamin A. Smyth | bsmyth@mccarter.com |

MCCARTER & ENGLISH LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

| | |
|---|---|
| Michael P. Sandonato | msandonato@fchs.com |
| John D. Carlin | jcarlin@fchs.com |
| Daniel A. Apgar | dapgar@fchs.com |
| Jonathan M. Sharret | jsharret@fchs.com |

FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800

June 22, 2016

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Robert M. Vrana (# 5666) *[rvrana@ycst.com]*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600

*Attorneys for Defendant, Southern Telecom, Inc.*
*On Behalf of All Defendants*