IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD., <br> SHENZHEN ZOWEE TECHNOLOGY CO., LTD., <br><br> Defendants. | C.A. No. 15-1130 (GMS) |

**DEFENDANTS' JOINDER IN HTC REPLY BRIEF IN SUPPORT OF THE MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendants Double Power Technology, Inc., Zowee Marketing Co., Ltd., and Shenzhen Zowee Technology Co., Ltd. (collectively "Defendants") hereby join in HTC Corp. and HTC America, Inc.'s (collectively, "HTC") Reply in Support of the Motion to Dismiss for Failure to State a Claim filed in *Koninklijke Philips N.V. and U.S. Philips Corporation v. HTC Corp. and HTC America, Inc.*, C.A. No. 15-1126-GMS ("HTC Action"). Defendants fully incorporate by reference the arguments set forth in HTC's Reply Brief in support of the Motion to Dismiss ("HTC's Reply Brief"), filed in the HTC Action at D.I. 28 on June 16, 2016.

As set forth in the HTC Reply Brief, Plaintiffs have failed to allege sufficient facts to state a claim of patent infringement against Defendants. The Amended Complaint makes substantially the same allegations of direct and indirect infringement against Defendants as against HTC other than substituting exemplary products of Defendants for those of HTC. Thus this joinder will not add to or repeat the arguments in the HTC Brief on those issues.

<table>
<tr><td>OF COUNSEL:

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
(404) 870-4629

June 23, 2016</td><td>MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*
_____
Karen Jacobs (#2881)
Mirco J. Haag (#6165)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
mhaag@mnat.com
*Attorneys for Defendants*</td></tr>
</table>

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 23, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly<br>Daniel M. Silver<br>Benjamin A. Smyth<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br><br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Michael P. Sandonato<br>John D. Carlin<br>FITZPATRICK, CELLA, HARPER &<br> SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br><br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

/s/ *Karen Jacobs*

Karen Jacobs (#2881)