IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V., | ) | |
| U.S. PHILIPS CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-1130 (GMS) |
| | ) | |
| DOUBLE POWER TECHNOLOGY, INC., | ) | |
| ZOWEE MARKETING CO., LTD., | ) | |
| SHENZEN ZOWEE TECHNOLOGY CO., | ) | |
| LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Initial Disclosures of Double Power Technology, Inc. Pursuant to Fed. R. Civ. P. 26(a)(1)(A) and Paragraph 3 of the Delaware Default Standards,* (2) *Initial Disclosures of Zowee Marketing Co., Ltd. Pursuant to Fed. R. Civ. P. 26(a)(1)(A) and Paragraph 3 of the Delaware Default Standards* and (3) *Initial Disclosures of Shenzhen Zowee Technology, Inc. Pursuant to Fed. R. Civ. P. 26(a)(1)(A) and Paragraph 3 of the Delaware Default Standards* were caused to be served on June 24, 2016 upon the following in the manner indicated:

Michael P. Kelly                                                    *VIA ELECTRONIC MAIL*
Daniel M. Silver
Benjamin A. Smyth
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801

*Attorneys for Plaintiffs*

Michael P. Sandonato
John D. Carlin
FITZPATRICK, CELLA, HARPER &
 SCINTO
1290 Avenue of the Americas
New York, NY  10104-3800

*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mirco J. Haag*

Karen Jacobs (#2881)
Mirco J. Haag (#6165)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
kjacobs@mnat.com
mhaag@mnat.com
*Attorneys for Defendants*

OF COUNSEL:

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA  30305
(404) 870-4629

June 24, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 24, 2016, upon the following in the manner indicated:

Michael P. Kelly                                                 *VIA ELECTRONIC MAIL*
Daniel M. Silver
Benjamin A. Smyth
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

*Attorneys for Plaintiffs*

Michael P. Sandonato                                       *VIA ELECTRONIC MAIL*
John D. Carlin
FITZPATRICK, CELLA, HARPER &
 SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800

*Attorneys for Plaintiffs*

*/s/ Mirco J. Haag*
_____

Mirco J. Haag (#6165)