IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLE POWER TECHNOLOGY, INC., <br> ZOWEE MARKETING CO., LTD., <br> SHENZHEN ZOWEE TECHNOLOGY CO., LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-1130 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS DOUBLE POWER TECHNOLOGY, INC.'S, ZOWEE MARKETING CO., LTD.'S AND SHENZHEN ZOWEE TECHNOLOGY CO., LTD'S RULE 12(b)(2) & (3) MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

Pursuant to Federal Rule of Civil Procedure 12(b)(2) & (3), Defendants Double Power Technology, Inc., Zowee Marketing Co., Ltd. and Shenzhen Zowee Technology Co., Ltd. (collectively, "Defendants"), hereby move to dismiss Plaintiffs' second amended complaint for lack of personal jurisdiction and improper venue. The grounds for this motion are set forth in Defendants' Opening Brief in Support of Their Rule 12(b)(2) & (3) Motion to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction and Improper Venue, and supporting declarations, filed herewith.


|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Karen Jacobs* |
|  | _____ |
|  | Karen Jacobs (#2881) |
| OF COUNSEL: | Mirco J. Haag (#6165) |
|  | 1201 North Market Street |
| Bryan G. Harrison | P.O. Box 1347 |
| LOCKE LORD LLP | Wilmington, DE  19899 |
| Terminus 200 | (302) 658-9200 |
| 3333 Piedmont Road NE, Suite 1200 | kjacobs@mnat.com |
| Atlanta, GA  30305 | mhaag@mnat.com |
| (404) 870-4629 | *Attorneys for Defendants* |

December 22, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 22, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Michael P. Kelly, Esquire<br>Daniel M. Silver, Esquire<br>Benjamin A. Smyth, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Michael P. Sandonato, Esquire<br>John D. Carlin, Esquire<br>Robert S. Pickens, Esquire<br>Jaime F. Cardenas-Navia, Esquire<br>Christopher M. Gerson, Esquire<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>*Attorneys for Plaintiffs* | VIA ELECTRONIC MAIL |
| Steven J. Balick, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Intervenor Microsoft Corporation* | VIA ELECTRONIC MAIL |
| Chad S. Campbell, Esquire<br>Jared W. Crop, Esquire<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012-2788<br>*Attorneys for Intervenor Microsoft Corporation* | VIA ELECTRONIC MAIL |

Judith Jennison, Esquire  VIA ELECTRONIC MAIL
Christina McCullough, Esquire
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
*Attorneys for Intervenor Microsoft Corporation*

/s/ Karen Jacobs
_____
Karen Jacobs (#2881)

2