IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 15-1126-GMS |
| HTC CORP. and HTC AMERICA, Inc., | ) ) ) | |
| Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 15-1127-GMS |
| VISUAL LAND, INC., | ) ) ) | |
| Defendant. | ) ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 15-1128-GMS |
| SOUTHERN TELECOM, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1130-GMS |
| DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., and SHENZEN ZOWEE TECHNOLOGY CO., LTD., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1131-GMS |
| YIFANG USA, INC. D/B/A E-FUN, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 6, 2017, the following document was served on the persons listed below in the manner indicated as well as by e-mail to asus-philips@alston.com, #philips@fchs.com, viceroy@matters.warrenlex.com, and acer.philips-tklgall@tklg-llp.com:

    1.    Defendants' Proposed Terms for Claim Construction

**BY E-MAIL**
Michael P. Kelly
Daniel M. Silver
Benjamin A. Smyth
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

Michael P. Sandonato
John D. Carlin
Jonathan M. Sharret
Robert S. Pickens
Jaime F. Cardenas-Navia
Christopher M. Gerson
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100
msandonato@fchs.com
jcarlin@fchs.com
jsharret@fchs.com
rpickens@fchs.com
jcardenas-navia@fchs.com

Rodger D. Smith II
Karen Jacobs
Mirco J. Haag
MORRIS, NICHOLS, ARSHT &
 TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com
kjacobs@mnat.com
mhaag@mnat.com

Matt Warren
Patrick Shields
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114
matt@warrenlex.com
patrick@warrenlex.com

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
xavier.brandwajn@alston.com

Adam W. Poff
Anne Shea Gaza
Samantha G. Wilson
Karen L. Pascale
YOUNG CONAWAY STARGATT &
 TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
apoff@ycst.com
agaza@ycst.com
swilson@ycst.com
kpascale@ycst.com

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
bryan.harrison@lockelord.com

James Lin
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway
Suite 200
Redwood Shores, CA 94065
jlin@tklg-llp.com

P. Andrew Blatt
Lisa M.A. Nolan
WOOD HERRON & EVANS LLP
2700 Carew Tower
Cincinnati, OH 45202
dblatt@whe-law.com
lnolan@whe-law.com

OF COUNSEL:
John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
Antoine M. McNamara
Stevan R. Stark
Tyler C. Peterson
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

Dated: January 10, 2017

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants HTC Corp. and HTC America, Inc.* (C.A. No. 15-1126-GMS)