IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**DOUBLE POWER TECHNOLOGY, INC.,**<br>**ZOWEE MARKETING CO., LTD.,**<br>**SHENZEN ZOWEE TECHNOLOGY CO., LTD.,**<br><br>**Defendants.** | Case No.: 15-1130-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>**KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>Intervenor-Defendants. | |
| **KONINKLIJKE PHILIPS N.V.,**<br>**U.S. PHILIPS CORPORATION,**<br><br>**Intervenor-**<br>**Defendants/Counterclaim**<br>**Plaintiffs in Intervention**<br><br>v.<br><br>**MICROSOFT CORPORATION**<br><br>**Intervenor-**<br>**Plaintiff/Counterclaim**<br>**Defendant in Intervention** | |

**AND**

**MICROSOFT MOBILE OY**

    **Counterclaim Defendant in Intervention**

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **PLAINTIFFS' SECOND SET OF INTERROGATORIES TO THE DOUBLE POWER DEFENDANTS** and **PLAINTIFFS' SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO THE DOUBLE POWER DEFENDANTS** were caused to be served on January 25, 2017 on the following counsel in manner indicated:

**VIA EMAIL**

Karen Jacobs, Esquire
Mirco J. Haag, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
kjacobs@mnat.com
mhaag@mnat.com

Bryan G. Harrison, Esquire
Locke Lord LLP
Terminus 200
3333 Piedmont Road NE, St. 1200
Atlanta, GA 30305
bryanharrison@lockelord.com

| | |
|---|---|
| DATED: January 25, 2017 | MCCARTER & ENGLISH, LLP |
| | |
| | /s/ Benjamin A. Smyth |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | Benjamin A. Smyth (#5528) |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 984-6300 |
| | *mkelly@mccarter.com* |
| | *dsilver@mccarter.com* |
| | *bsmyth@mccarter.com* |
| | |
| | *Attorneys for Plaintiffs* |
| OF COUNSEL: | |
| | |
| Michael P. Sandonato | |
| John D. Carlin | |
| Jonathan M. Sharret | |
| Daniel A. Apgar | |
| Robert S. Pickens | |
| FITZPATRICK, CELLA, HARPER & SCINTO | |
| 1290 Avenue of the Americas | |
| New York, New York 10104-3800 | |
| Tel: (212) 218-2100 | |
| Fax: (212) 218-2200 | |
| *msandonato@fchs.com* | |
| *jcarlin@fchs.com* | |
| *jsharret@fchs.com* | |
| *dapgar@fchs.com* | |
| *rpickens@fchs.com* | |