**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD.**<br><br>    Defendants. | Case No.: 15-1130-GMS<br><br>**JURY TRIAL DEMANDED** |
| **MICROSOFT CORPORATION,**<br><br>    Intervenor-Plaintiff,<br><br>    v.<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>    Intervenor-Defendants. | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>    Intervenor-Defendants/Counterclaim Plaintiffs in Intervention<br><br>    v.<br><br>**MICROSOFT CORPORATION**<br><br>    Intervenor-Plaintiff/Counterclaim Defendant in | |

|  | **Intervention** |
|---|---|
| AND | |
| **MICROSOFT MOBILE INC.** | |
| | **Counterclaim Defendant in Intervention** |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through the undersigned counsel, and subject to the Court's approval, that the following case deadlines are extended as set forth below.[1]

| Case Event | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Deadline for Defendants to Respond to Outstanding Interrogatories | January 16, 2018 | February 16, 2018 |
| Deadline for Philips to Serve Final Infringement Contentions | February 2, 2018 | March 2, 2018 |

The parties jointly respectfully request these extensions to facilitate their ongoing settlement discussions without the cost and distraction of litigation activity.

---

[1] For the avoidance of doubt, this stipulation is between Plaintiffs and the Double Power Defendants, and does not implicate the Microsoft parties.

2

ME1 26444626v.1

DATED: January 16, 2018

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARCHT & TUNNELL LLP |
| */s/ Daniel M. Silver* | */s/ Karen Jacobs* |
| Michael P. Kelly (# 2295) | Karen Jacobs (# 2881) |
| Daniel M. Silver (# 4758) | 1201 North Market Street |
| Benjamin A. Smyth (# 5528) | P.O. Box 1347 |
| Renaissance Centre | Wilmington, DE 19899 |
| 405 North King Street, 8th Floor | (302) 658-9200 |
| Wilmington, DE 19801 | kjacobs@mnat.com |
| (302) 984-6300 | |
| mkelly@mccarter.com | Bryan G. Harrison |
| dsilver@mccarter.com | LOCKE LORD LLP |
| bsmyth@mccarter.com | Terminus 200 |
| | 3333 Piedmont Road NE, Suite 1200 |
| OF COUNSEL | Atlanta, GA 30305 |
| | (404) 870-4629 |
| Michael P. Sandonato | Bryan.harrison@lockelord.com |
| John D. Carlin | |
| Jonathan M. Sharret | *Attorneys for Defendants* |
| Daniel A. Apgar | *Double Power Technology, Inc.,* |
| Robert S. Pickens | *Zowee Marketing Co., Ltd. and* |
| FITZPATRICK, CELLA, HARPER & SCINTO | *Shenzen Zowee Technology Co., Ltd.* |
| 1290 Avenue of the Americas | |
| New York, New York 10104-3800 | |
| Tel: (212) 218-2100 | |
| Fax: (212) 218-2200 | |
| *msandonato@fchs.com* | |
| *jcarlin@fchs.com* | |
| *jsharret@fchs.com* | |
| *dapgar@fchs.com* | |
| *rpickens@fchs.com* | |

*Attorneys for Plaintiff*

      IT IS SO ORDERED, this _____ day of _____, 2018.

                                                           United States District Judge